Robert P. Goe – State Bar No. 137019
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
cmanee@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11 Case<br><br>Adv. Case No.: 8:24-ap_____-SC |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br>-vs-<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORPORATION; CITIBANK, N.A., FORD MOTOR CREDIT COMPANY, LLC dba FORD CREDIT, RAYSHON ANDREW FOSTER, an individual, SONJA FOSTER, an individual and DOES 1-10,<br><br>Defendants. | **COMPLAINT FOR:**<br><br>1) **AVOIDANCE OF TRANSFERS PURSUANT TO 11 U.S.C. § 544(b) AND CAL. CIV. CODE §§ 3439.04(a)(2), 3439.05;**<br>2) **AVOIDANCE OF TRANSFERS PURSUANT TO 11 U.S.C. § 548(a)(1)(B);**<br>3) **AVOIDANCE OF TRANSFERS PURSUANT TO 11 U.S.C. § 544(b) AND CAL. CIV. CODE §§ 3439.04(a)(1);**<br>4) **AVOIDANCE OF TRANSFERS PURSUANT TO 11 U.S.C. § 548(a)(1)(A);**<br>5) **RECOVERY OF AVOIDED TRANSFERS PURSUANT TO 11 U.S.C. § 550; and**<br>6) **DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C. § 502** |

The Official Committee of Unsecured Creditors of the bankruptcy estate of 2ND Chance Investment Group, LLC ("Debtor"), and Plaintiff in this adversary proceeding ("Committee" or "Plaintiff"), respectfully alleges as follows:

## I. SUBJECT MATTER JURISDICTION AND VENUE

1. This adversary proceeding arises in and relates to the Debtor's pending chapter 11 bankruptcy case entitled *In re 2nd Chance Investment Group, LLC.*, Case No. 8:22-bk-12142-SC ("Bankruptcy Case").

2. On December 21, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the Bankruptcy Case.

3. This Court has jurisdiction to adjudicate the issues raised in this adversary proceeding under 28 U.S.C. § 1334.

4. This action is a core proceeding under 28 U.S.C. § 157(b). Pursuant to Federal Rule of Bankruptcy Procedure 7008, Plaintiff consents to the Bankruptcy Court entering final a judgment and/or order.

5. This adversary proceeding involves property worth more than $1,000 and does not involve a consumer debt. Venue in this judicial district is appropriate under 28 U.S.C. §§ 1409(a) and/or (c) because the Bankruptcy Case is pending in the Central District of California.

6. To the extent Plaintiff asserts claims under 11 U.S.C. § 544, Plaintiff asserts that there exists in this case one or more creditors holding unsecured claims allowable under 11 U.S.C. § 502 or not allowable under 11 U.S.C. § 502(e), who can avoid the prospective transfers as set forth hereinafter under California or other applicate state or federal law.

## II. THE PARTIES

7. Plaintiff was appointed as the Creditors' Committee on February 6, 2023. Pursuant to the Bankruptcy Court's *Order Approving Stipulation Between Debtor and the Official Committee of Unsecured Creditors Granting the Committee Standing to Pursue Certain Avoidance Actions on Behalf of the Estate* entered on March 22, 2023 in the Bankruptcy Case at Docket Entry No. 77, the terms of which were incorporated into the *Debtor's First Amended Liquidating Plan as Modified* [Docket No. 296 in the Bankruptcy Case] (the "Plan"), which was

2

confirmed by the *Order Confirming Debtor's First Amended Chapter 11 Liquidating Plan As Modified* entered on February 12, 2024 [Docket No. 381 in the Bankruptcy Case] ("Confirmation Order"), Plaintiff is the representative of the bankruptcy estate whose authority, subject to limitations not relevant to the claims stated herein, includes, but is not limited to pursuing, suing on, and settling all actions, arising under Bankruptcy Code sections 502, 510, 544, 545, 547, 548, 549, 550 and 553, or any avoidance actions under applicable non-bankruptcy law.  Plaintiff is also empowered to prosecute, pursue, and resolve all claims held by the estate and objections to claims in the Bankruptcy Case.

8.  Plaintiff brings this action solely for the benefit of the estate created by the liquidating trust formed pursuant to the Plan and Confirmation Order, and the beneficiaries thereof, which includes the Debtor's creditor body.

9.  By virtue of Plaintiff consisting of a committee of creditors, Plaintiff may not have personal knowledge of many of the facts alleged in this Complaint and, therefore, where appropriate, alleges certain facts on information and belief.  Plaintiff reserves its right to amend this Complaint to allege additional claims against the Defendants (defined below) and to challenge and recover transfers made to or for the benefit of the Defendants in addition to those transfers alleged in the Complaint.

10.  On and before the Petition Date, and continuing to the present, Defendant Capital One Financial Corporation, which owns Defendants Capital One, National Association and Capital One Bank (USA), National Association, is a national banking association doing business in the State of California, including issuing credit cards to consumers. Capital One, National Association is registered to do business in the State of California. Capital One Financial Corporation, Capital One, National Association and Capital One Bank (USA), National Association shall, at times, collectively be referred to from hereon as "Capital One".

11.  On information and belief, Defendant Citibank, N.A. ("Citibank") is a national banking association that regularly conducts business throughout the State of California, including by issuing credit cards to consumers.

12.  On information and belief, Defendant Ford Motor Credit Company, LLC d/b/a

Ford Credit ("Ford") is a financial institution regularly doing business in the State of California, including by issuing auto-loans.

13. Defendant Rayshon Andrew Foster ("R. Foster") is an individual and, according to the Debtor's List of Equity Security Holders [Docket No. 1 in the Bankruptcy Case at page 10 of 54], is the sole member of the Debtor and at all times was a person in control of the Debtor.

14. Sonja Foster ("S. Foster") is the spouse of R. Foster (together, the "Fosters") and at all times relevant to this Complaint, was a person in control of the Debtor. Additionally, notwithstanding the Debtor's filed List of Equity Security Holders, the Debtor asserted in filings in the Bankruptcy Case [Docket Nos. 268 and 269] that S. Foster is a 48% owner of the Debtor.

15. Capital One, Citibank, Ford and the Fosters shall from hereon, at times, collectively be referred to as the "Defendants."

### III. GENERAL ALLEGATIONS

16. The allegations contained in paragraphs 1-15, inclusive, are re-alleged and incorporated herein by this reference, as though set forth in full.

17. During the four years prior to the Petition Date, the Debtor was caused to transfer funds directly to Capital One in the aggregate amount of at least $67,967.61 ("Capital One Transfers").

18. The Capital One Transfers were transfers of money from the Debtor's operating bank account maintained with East West Bank, ending in account number 4577 ("EWB Account").

19. An itemized listing of the Capital One Transfers, including details describing salient aspects of each individual transfer, is attached hereto as **Exhibit "1"** and is incorporated herein.

20. During the four years prior to the Petition Date, the Debtor was caused to transfer funds directly to Citibank in the aggregate amount of at least $115,366.45 ("Citibank Transfers"). Upon information and belief, the Citibank Transfers consisted of payments to Citibank on account of two or more Citibank issued credit cards.

21. The Citibank Transfers were transfers of money made from the Debtor's EWB

1 | Account.

2 | 22. An itemized listing of the Citibank Transfers with details, describing salient aspects of each individual transfer, separated between those generally appearing in the EWB Account statements as payments to "Citi" or "Citicard" and transfers to "Best Buy", a Citibank credit card program/product, is attached hereto as **Exhibit "2"** and is incorporated herein.

23. During the four years prior to the Petition Date, the Debtor was caused to transfer funds directly to Ford in the aggregate amount of at least $49,471.61 ("Ford Transfers").

24. The Ford Transfers were transfers of money from the Debtor's EWB Account.

25. An itemized listing of the Ford Transfers with details, describing salient aspects of each individual transfer, is attached hereto as **Exhibit "3"** and is incorporated herein.

26. The Capital One Transfers, Citibank Transfers and Ford Transfers shall from hereon be referred to collectively as the "Transfers."

27. Plaintiff is informed and believes that, during the four years leading up to the Petition Date, the Fosters caused the Debtor to make the Transfers for their personal financial benefits. The Transfers were not made for any legitimate business purpose of the Debtor. Moreover, Plaintiff is informed and believes that Debtor had no credit card issued by any of the Defendants at the time of the Transfers, nor any other financial or contractual relationship with the Defendants.

28. The Transfers were made directly to the Defendants, respectively, for the benefit of the Fosters.

29. Plaintiff is informed and believes that the Transfers were intended to disguise the Fosters' plan to strip the Debtor of its assets and hide the value of those assets or money under third party names in order to defraud, hinder, delay and avoid paying Debtor's genuine creditors.

30. Upon information and belief, at all times relevant to this Complaint, creditors of the Debtor (holding unsecured claims allowable within the meaning of Sections 502 and 544(b) of the Bankruptcy Code) existed that could have avoided the Transfers described herein under applicable state voidable transfer law including, but not limited to, California Civil Code § 3439 *et seq*.

**FIRST CLAIM FOR RELIEF**

**(Avoidance of Fraudulent/Voidable Transfers Pursuant to 11 U.S.C. § 544(b)(1); Cal. Code §§ 3439.04(a)(2), 3439.05 Against All Defendants)**

31. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 30 as though set forth in full.

32. The Transfers were transfers of the Debtor's property made within four (4) years of the Petition Date to or for the benefit of the Defendants in the amounts set forth in Exhibits 1, 2 and 3, respectively.

33. When the Transfers were made, the Debtor was aware of its mounting debts.

34. The Debtor received less than reasonably equivalent value in exchange for the Transfers and in fact received no value for the Transfers.

35. The Debtor was insolvent when the Transfers were made or it became insolvent as a result of the Transfers.

36. Indeed, when the Debtor filed its bankruptcy petition, it had accumulated over $8.7 million in unpaid liabilities and its attempted liquidation of its real estate assets yielded less than half a million dollars in net proceeds. Indeed, the entire period during which the Debtor was operating, the Debtor owed far more to creditors, secured and unsecured, than it ever owned in valuable property. This is because Debtor tended to acquire real properties using secured loans, including purchase money loans, but also was incurring substantial unsecured liabilities to acquire these properties. During its operations, Debtor was unable to return payment of principal to its unsecured lenders, and defaulted in payment of its secured loans. Debtor also owned no other assets of any substantial value beyond real estate and cars, both categories of which assets had little to no equity due to Debtor having acquired the same with using secured debt.

37. At the time the Transfers were made, the Debtor intended to incur, or believed that it would incur, debts beyond its ability to pay as such debts matured.

38. The Transfers are avoidable pursuant to 11 U.S.C. § 544(b) and Cal. Civ. Code §§ 3439.04(a)(2), 3439.05.

## SECOND CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfers Pursuant to 11 U.S.C. §548(a)(1)(B) Against All Defendants)**

39. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 38 as though set forth in full.

40. The Transfers were transfers of the Debtor's property.

41. As reflected in Exhibits 1, 2, and 3, many of the Transfers were made within two (2) years preceding the Petition Date (i.e., from December 21, 2020 through December 21, 2022). The subset of the Transfers that were made to Capital One during this period from the Debtor's EWB Account totaled $66,374.82.

42. The subset of the Transfers that were made to Citibank during this period from the Debtor's EWB Account totaled $96,766.43.

43. The subset of the Transfers that were made to Ford during this period from the Debtor's EWB Account totaled $23,960.58.

44. The subset of the Transfers to Capital One, Citibank and Ford that are described in paragraphs 41 through 43 hereinabove shall, from hereon, collectively be referred to as the Two-Year Transfers.

45. When the Two-Year Transfers were made, the Debtor was aware of its mounting debts.

46. Debtor received less than reasonably equivalent value in exchange for the Two-Year Transfers and in fact received no value from the Defendants on account of the Two-Year Transfers.

47. Debtor was insolvent when the Two-Year Transfers were made or became insolvent as a result of the Transfers.

48. At the time the Two-Year Transfers were made, the Debtor intended to incur, or believed that it would incur, debts beyond its ability to pay as such debts matured.

49. The Two-Year Transfers are avoidable pursuant to 11 U.S.C. § 548(a)(1)(B).

\\\

**THIRD CLAIM FOR RELIEF**

**(Avoidance of Fraudulent/Voidable Transfers Pursuant to 11 U.S.C. § 544(b)(1); Cal. Code §§ 3439.04(a)(1) Against All Defendants)**

50. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 49 as though set forth in full.

51. The California's Uniform Voidable Transactions Act provides, inter alia, that a transfer is fraudulent as to a creditor, regardless of when the creditor's claim arose, if the Debtor made the transfer with the actual intent to hinder, delay, or defraud any creditor. (*See* California Civil Code §3439.04 California Civil Code §3439.04(a)(1).)

52. As long as the debtor had the requisite fraudulent intent, a transfer will qualify as an actually fraudulent transfer, even if reasonably equivalent value was provided. Because §3439.04(a)(1)'s language regarding the debtor's state of mind is in the disjunctive, intent to defraud a creditor is not required. Either an intent to hinder or an intent to delay a creditor will also suffice.

53. The Transfers were transfers of the Debtor's property made within four (4) years of the Petition Date. The Transfers were made on the dates and in the amounts reflected on Exhibits 1, 2 and 3.

54. The Transfers were all made for the benefit of the Fosters, who are insiders of the Debtor.

55. The Transfers were made with the actual intent to hinder, delay or defraud Debtor's legitimate creditors and were payments made improperly to enrich the Fosters at the expense of the Debtor's legitimate creditors.

56. The Fosters, both signatories on the Debtor's EWB Account, habitually used the Debtor's funds and property to fund their lavish lifestyle, causing the Debtor to pay hundreds of thousands of dollars toward their own personal credit card liabilities, including by making the Transfers. They caused the Debtor to buy personal jewelry for Mrs. Foster, paid their child's private school tuition with Debtor's funds, paid for personal vehicles, and received well over a

million dollars in cash from the Debtor in addition to these sums. All of this was done when the Debtor's creditors were being left unpaid and/or without prospect of payment in the future.

57. The Transfers were concealed in that Debtor failed to disclose them in its Statement of Financial Affairs or otherwise, although Rayshon Foster has since admitted to paying for personal expenses with the Debtor's property.

58. The Transfers were made in furtherance of the scheme of the Fosters to defraud the creditors of the Debtor.

59. Based on the foregoing, Plaintiff is entitled to an order and/or judgment avoiding the Transfers.

## FOURTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent/Voidable Transfers Pursuant to 11 U.S.C. § 548(a)(1), Against All Defendants)**

60. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 59 as though set forth in full.

61. Bankruptcy Code section 548(a)(1)(A) provides that a transfer is fraudulent as to a creditor if the Debtor made the transfer with the actual intent to hinder, delay, or defraud any creditor.

62. The Two-Year Transfers were transfers of the Debtor's property made within two (2) years preceding the Petition Date to Capital One, Citibank and Ford, for the benefit of the Fosters.

63. The Two-Year Transfers were made with the actual intent to hinder, delay or defraud Debtor's legitimate creditors.

64. Based on the foregoing, Plaintiff is entitled to an order and/or judgment avoiding the Two-Year Transfers.

## FIFTH CLAIM FOR RELIEF

**(Recovery of Voidable Transfers Pursuant to 11 U.S.C. § 550 Against All Defendants)**

65. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 64 as though set forth in full.

66. Based on the foregoing claims for relief and the facts set forth herein, the Transfers are all recoverable by Plaintiff.

67. The Transfers, including the Two-Year Transfers, are recoverable from the Defendants pursuant to 11 U.S.C. § 550(a) or Plaintiff is entitled to a judgment requiring payment by Defendants to Plaintiff of the value of the Transfers, including the Two-Year Transfers.

### SIXTH CLAIM FOR RELIEF

**(Disallowance of Claims Pursuant to 11 U.S.C. § 502 Against All Defendants)**

68. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 67 as though set forth in full.

69. Defendants have not paid the amount of the Transfers, or any part of them, including the Two-Year Transfers, nor turned over such property, for which Defendants are liable under 11 U.S.C. §550.

70. Pursuant to 11 U.S.C. § 502(d), any and all claims of Defendants and/or their assignees against the Debtor's estate and/or liquidating trust must be disallowed until such time as Defendants pay to Plaintiff an amount equal to the aggregate amount of all of the Transfers, plus interest thereon and costs.

71. Pursuant to 11 U.S.C. § 502(j), any and all claims of Defendants and/or their assignees against the Debtor's estate previously allowed must be reconsidered and disallowed until such time as Defendants pay to Plaintiff an amount equal to the aggregate amount of all of the Transfers which have been avoided under 11 US.C. § 550.

### PRAYER

**WHEREFORE**, Plaintiff prays for judgment against all Defendants as follows:

**ON THE FIRST, SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF**

1. For judgment avoiding the Transfers.

**ON THE FIFTH CLAIM FOR RELIEF**

2. For recovery of the Transfers or their value in the form of a money judgment.

\\\

**ON THE SIXTH CLAIM FOR RELIEF**

3. Judgment disallowing, in accordance with 11 U.S.C. §§ 502(d) and (j), any claims held by Defendants and/or their assignees until Defendants satisfy the judgment granted in this action.

**ON ALL CLAIMS FOR RELIEF**

4. For interest as permitted by law from the date of the Transfers or Two-Year Transfers, as the case may be;

5. For costs of suit incurred herein, including, without limitation, attorneys' fees; and

6. For such other and further relief as the Court deems just and proper.

Dated: December 19, 2024        **Respectfully submitted by,**

                                **GOE FORSYTHE & HODGES LLP**

                                By: /s/*Robert P. Goe*
                                    Robert P. Goe
                                    Charity J. Manee
                                    Counsel to Official Committee of
                                    Unsecured Creditors

# EXHIBIT 1

# EXHIBIT 1

In Re: 2nd Chance Investment Group, LLC
Case Number: 8:22-bk-12142-SC
Transactions related to CapitalOne
Source: East West Bank Statements account xx4577
Date Range: December 22, 2018 to December 21, 2022

| Account Name | Transaction Date | Amount | Bank Statement Description |
|---|---|---|---|
| 2nd Chance Investment Group, LLC | 3/5/2020 | 1,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 200304006439910186635 |
| 2nd Chance Investment Group, LLC | 5/7/2020 | 592.69 | Preauth Debit CAPITAL ONE ONLINE PMT 200506012739910005840 |
| 2nd Chance Investment Group, LLC | 12/29/2020 | 1,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 201229 2173 |
| 2nd Chance Investment Group, LLC | 1/21/2021 | 500.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210121 2185 |
| 2nd Chance Investment Group, LLC | 2/18/2021 | 500.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210218 1709 |
| 2nd Chance Investment Group, LLC | 4/15/2021 | 2,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210415 2208 |
| 2nd Chance Investment Group, LLC | 5/19/2021 | 1,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210519 1937 |
| 2nd Chance Investment Group, LLC | 5/24/2021 | 2,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 2105213FUIJKKLBUMY2YG |
| 2nd Chance Investment Group, LLC | 6/9/2021 | 2,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 2106083FYIQ1GSHOOD01K |
| 2nd Chance Investment Group, LLC | 6/24/2021 | 2,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210624 2449 |
| 2nd Chance Investment Group, LLC | 7/7/2021 | 2,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 2107063G2QOUBEG73BYBC |
| 2nd Chance Investment Group, LLC | 7/22/2021 | 5,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210722 2382 |
| 2nd Chance Investment Group, LLC | 8/6/2021 | 2,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 2108053G9A90CM7 PUBREG |
| 2nd Chance Investment Group, LLC | 8/27/2021 | 3,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 210827 1841 |
| 2nd Chance Investment Group, LLC | 9/3/2021 | 2,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 2109023GEKNWGNCOHSVW8 |
| 2nd Chance Investment Group, LLC | 9/24/2021 | 1,140.11 | Preauth Debit CAPITAL ONE ONLINE PMT 2109233GLY1S4PC1EVRZS |
| 2nd Chance Investment Group, LLC | 10/5/2021 | 8,750.00 | Preauth Debit CAPITAL ONE PHONE PYMT 2110043GQ5U3GC75SHYKY |
| 2nd Chance Investment Group, LLC | 12/2/2021 | 2,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 211202 2927 |
| 2nd Chance Investment Group, LLC | 12/22/2021 | 2,000.00 | Electronified CCAPITAL ONE ARC CHECK PYMT 211222 2902 |
| 2nd Chance Investment Group, LLC | 3/30/2022 | 500.00 | Electronified C CAPITAL ONE ARC CHECK PYMT 220330 2871 |
| 2nd Chance Investment Group, LLC | 4/21/2022 | 12,634.90 | Preauth Debit CAPITAL ONE ONLINE PMT 220420 3LH3UY4PL84ITEA |
| 2nd Chance Investment Group, LLC | 7/5/2022 | 59.00 | Preauth Debit CAPITAL ONE ONLINE PMT 220704 3LZ9GH3WJWZ9NCO |
| 2nd Chance Investment Group, LLC | 7/18/2022 | 5,000.00 | Preauth Debit CAPITAL ONE MOBILE PMT 220716 3M4CL4PG7QRQWCY |
| 2nd Chance Investment Group, LLC | 7/20/2022 | 2,000.00 | Preauth Debit CAPITAL ONE ONLINE PMT 220719 3M55NGDZFDJ7YHE |
| 2nd Chance Investment Group, LLC | 10/4/2022 | 422.40 | Preauth Debit CAPITAL ONE ONLINE PMT 221003 3ML7IOCA2HFK1VC |
| 2nd Chance Investment Group, LLC | 10/26/2022 | 6,868.41 | Preauth Debit CAPITAL ONE ONLINE PMT 221025 3MPUMN6J57C1BP4 |
| | Total | 67,967.51 | |

EXHIBIT 1

# EXHIBIT 2

# EXHIBIT 2

In Re: 2nd Chance Investment Group, LLC
Case Number: 8:22-bk-12142-SC
Transactions related to Citicard
Source: East West Bank Statements account xx4577
Date Range: December 22, 2018 to December 21, 2022

| Account Name | Transaction Date | Check Number | Amount | Bank Statement Description |
|---|---|---|---|---|
| 2nd Chance Investment Group, LLC | 12/16/2019 | | 1,000.00 | Electronifiec C CITICARD PAYMENT CHECK PYMT 191216 1315 |
| 2nd Chance Investment Group, LLC | 2/14/2020 | | 500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 200214 1556 |
| 2nd Chance Investment Group, LLC | 7/20/2020 | | 1,500.00 | Preauth Debit CITI PAYMENT PAYMENT 200720 |
| 2nd Chance Investment Group, LLC | 8/14/2020 | | 500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 200814 1693 |
| 2nd Chance Investment Group, LLC | 8/18/2020 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 200818 |
| 2nd Chance Investment Group, LLC | 9/17/2020 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 200917 |
| 2nd Chance Investment Group, LLC | 10/19/2020 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 201019 |
| 2nd Chance Investment Group, LLC | 11/17/2020 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 201117 |
| 2nd Chance Investment Group, LLC | 12/10/2020 | | 500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 201210 2167 |
| 2nd Chance Investment Group, LLC | 12/14/2020 | | 1,000.00 | Electronified CCITICARD PAYMENT CHECK PYMT 201214 2170 |
| 2nd Chance Investment Group, LLC | 12/17/2020 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 201217 |
| 2nd Chance Investment Group, LLC | 1/19/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210119 |
| 2nd Chance Investment Group, LLC | 1/19/2021 | | 500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210119 2182 |
| 2nd Chance Investment Group, LLC | 1/19/2021 | | 500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210119 2180 |
| 2nd Chance Investment Group, LLC | 2/17/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210217 |
| 2nd Chance Investment Group, LLC | 3/11/2021 | | 2,500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210311 2198 |
| 2nd Chance Investment Group, LLC | 3/11/2021 | | 1,500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210311 2195 |
| 2nd Chance Investment Group, LLC | 3/17/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210317 |
| 2nd Chance Investment Group, LLC | 4/12/2021 | | 2,000.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210412 2231 |
| 2nd Chance Investment Group, LLC | 4/12/2021 | | 2,000.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210412 2230 |
| 2nd Chance Investment Group, LLC | 4/19/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210419 |
| 2nd Chance Investment Group, LLC | 5/17/2021 | | 1,500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210517 2280 |
| 2nd Chance Investment Group, LLC | 5/17/2021 | | 1,500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210517 2279 |
| 2nd Chance Investment Group, LLC | 5/18/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210518 |
| 2nd Chance Investment Group, LLC | 6/14/2021 | | 1,000.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210614 2441 |
| 2nd Chance Investment Group, LLC | 6/14/2021 | | 3,000.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210614 2440 |
| 2nd Chance Investment Group, LLC | 6/17/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210617 |
| 2nd Chance Investment Group, LLC | 7/14/2021 | | 3,000.00 | Electronified CCITICARD PAYMENT CHECK PYMT 210714 2369 |
| 2nd Chance Investment Group, LLC | 7/14/2021 | | 712.74 | Electronified CCITICARD PAYMENT CHECK PYMT 210714 2368 |
| 2nd Chance Investment Group, LLC | 7/19/2021 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 210719 |
| 2nd Chance Investment Group, LLC | 8/5/2021 | | 3,203.08 | Electronified CCITICARD PAYMENT CHECK PYMT 210805 2424 |
| 2nd Chance Investment Group, LLC | 8/12/2021 | | 1,235.31 | Electronified CCITICARD PAYMENT CHECK PYMT 210812 2400 |
| 2nd Chance Investment Group, LLC | 9/20/2021 | | 24.30 | Electronified CCITICARD PAYMENT CHECK PYMT 210920 1796 |
| 2nd Chance Investment Group, LLC | 10/4/2021 | | 1,868.00 | Preauth Debit CITI PAYMENT PAYMENT 211004 |
| 2nd Chance Investment Group, LLC | 10/4/2021 | | 700.00 | Preauth Debit CITI PAYMENT PAYMENT 211004 |
| 2nd Chance Investment Group, LLC | 10/4/2021 | | 537.50 | Preauth Debit CITI PAYMENT PAYMENT 211004 |
| 2nd Chance Investment Group, LLC | 10/6/2021 | 1809 | 1,000.00 | CitiCards - 4976 |
| 2nd Chance Investment Group, LLC | 12/14/2021 | | 1,500.00 | Electronified CCITICARD PAYMENT CHECK PYMT 211214 2897 |
| 2nd Chance Investment Group, LLC | 2/9/2022 | | 1,621.68 | Preauth Debit CITI PAYMENT PAYMENT 220209 |
| 2nd Chance Investment Group, LLC | 2/10/2022 | | 100.00 | Preauth Debit CITI PAYMENT PAYMENT 220210 |
| 2nd Chance Investment Group, LLC | 2/14/2022 | | 500.00 | Preauth Debit CITI PAYMENT PAYMENT 220214 |
| 2nd Chance Investment Group, LLC | 2/17/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220217 |
| 2nd Chance Investment Group, LLC | 3/8/2022 | | 50.48 | Preauth Debit CITI AUTOPAY PAYMENT 220308 |
| 2nd Chance Investment Group, LLC | 3/17/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220317 |
| 2nd Chance Investment Group, LLC | 3/21/2022 | | 7,681.12 | Preauth Debit CITIPAYMENTPAYMENT22O321 |
| 2nd Chance Investment Group, LLC | 4/1/2022 | | 1,600.54 | Preauth Debit CITI PAYMENT PAYMENT 220401 |
| 2nd Chance Investment Group, LLC | 4/11/2022 | | 500.00 | Electronified C CITICARD PAYMENT CHECK PYMT 220411 2878 |
| 2nd Chance Investment Group, LLC | 4/11/2022 | | 500.00 | Electronified C CITICARD PAYMENT CHECK PYMT 220411 2877 |
| 2nd Chance Investment Group, LLC | 4/19/2022 | | 500.00 | Preauth Debit CITIAUTOPAYPAYMENT22O419 |
| 2nd Chance Investment Group, LLC | 5/9/2022 | | 265.38 | Preauth Debit CITI AUTOPAY PAYMENT 220509 |
| 2nd Chance Investment Group, LLC | 5/17/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 220517 |
| 2nd Chance Investment Group, LLC | 5/17/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220517 |
| 2nd Chance Investment Group, LLC | 6/7/2022 | | 977.66 | Preauth Debit CITI AUTOPAY PAYMENT 220607 |
| 2nd Chance Investment Group, LLC | 6/15/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 220615 |
| 2nd Chance Investment Group, LLC | 6/17/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220617 |
| 2nd Chance Investment Group, LLC | 7/7/2022 | | 166.04 | Preauth Debit CITI AUTOPAY PAYMENT 220707 |
| 2nd Chance Investment Group, LLC | 7/15/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 220715 |
| 2nd Chance Investment Group, LLC | 7/19/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220719 |
| 2nd Chance Investment Group, LLC | 8/9/2022 | | 310.95 | Preauth Debit CITI AUTOPAY PAYMENT 220809 |
| 2nd Chance Investment Group, LLC | 8/16/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 220816 |
| 2nd Chance Investment Group, LLC | 8/17/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220817 |
| 2nd Chance Investment Group, LLC | 9/7/2022 | | 1,411.48 | Preauth Debit CITI AUTOPAY PAYMENT 220907 |
| 2nd Chance Investment Group, LLC | 9/15/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 220915 |
| 2nd Chance Investment Group, LLC | 9/19/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 220919 |
| 2nd Chance Investment Group, LLC | 10/7/2022 | | 589.75 | Preauth Debit CITI AUTOPAY PAYMENT 221007 |
| 2nd Chance Investment Group, LLC | 10/17/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 221017 |

**In Re: 2nd Chance Investment Group, LLC**
**Case Number: 8:22-bk-12142-SC**
**Transactions related to Citicard**
**Source: East West Bank Statements account xx4577**
**Date Range: December 22, 2018 to December 21, 2022**

| Account Name | Transaction Date | Check Number | Amount | Bank Statement Description |
|---|---|---|---|---|
| 2nd Chance Investment Group, LLC | 10/21/2022 | | 500.00 | Preauth Debit CITI AUTOPAY RETRY PYMT 221021 |
| 2nd Chance Investment Group, LLC | 11/7/2022 | | 100.00 | Preauth Debit CITI PAYMENT PAYMENT 221107 |
| 2nd Chance Investment Group, LLC | 11/8/2022 | | 548.64 | Preauth Debit CITI AUTOPAY PAYMENT 221108 |
| 2nd Chance Investment Group, LLC | 11/15/2022 | | 1,000.00 | Preauth Debit CITI AUTOPAY PAYMENT 221115 |
| 2nd Chance Investment Group, LLC | 11/17/2022 | | 500.00 | Preauth Debit CITI AUTOPAY PAYMENT 221117 |
| 2nd Chance Investment Group, LLC | 12/19/2022 | | 500.00 | Citi Auto payment |
| | | Total | 70,204.65 | |

Page 2 of 2

EXHIBIT 2      Page 2 of 3

**In Re: 2nd Chance Investment Group, LLC**
**Case Number: 8:22-bk-12142-SC**
**Transactions related to Best Buy**
**Source:** East West Bank Statements account xx4577
**Date Range: December 22, 2018 to December 21, 2022**

| Account Name | Transaction Date | Amount | Bank Statement Description |
|---|---|---|---|
| 2nd Chance Investment Group, LLC | 12/10/2019 | 49.99 | Purchase MERCHANT PURCHASE TERMINAL 439900 BEST BUY 0000 7757 MIRA LOMA CA 4490950000971791 SEQ# 934326295903 |
| 2nd Chance Investment Group, LLC | 4/16/2020 | 10,550.03 | Preauth Debit BEST BUY PAYMENT 200416 |
| 2nd Chance Investment Group, LLC | 8/14/2020 | 500.00 | Electronified CBEST BUY PMT CHECK PYMT 200814 1692 |
| 2nd Chance Investment Group, LLC | 3/11/2021 | 1,000.00 | Electronified CBEST BUY PMT CHECK PYMT 210311 2196 |
| 2nd Chance Investment Group, LLC | 4/2/2021 | 2,000.00 | Preauth Debit BEST BUY PAYMENT 210402 |
| 2nd Chance Investment Group, LLC | 4/12/2021 | 2,000.00 | Electronified CBEST BUY PMT CHECK PYMT 210412 2229 |
| 2nd Chance Investment Group, LLC | 5/17/2021 | 1,000.00 | Electronified CBEST BUY PMT CHECK PYMT 210517 2277 |
| 2nd Chance Investment Group, LLC | 6/14/2021 | 1,000.00 | Electronified CBEST BUY PMT CHECK PYMT 210614 2443 |
| 2nd Chance Investment Group, LLC | 7/12/2021 | 1,375.50 | Electronified CBEST BUY PMT CHECK PYMT 210712 2362 |
| 2nd Chance Investment Group, LLC | 8/6/2021 | 222.21 | Electronified CBEST BUY PMT CHECK PYMT 210806 2426 |
| 2nd Chance Investment Group, LLC | 9/20/2021 | 3,000.00 | Electronified CBEST BUY PMT CHECK PYMT 210920 1798 |
| 2nd Chance Investment Group, LLC | 10/4/2021 | 10,435.18 | Preauth Debit BEST BUY PAYMENT 211004 |
| 2nd Chance Investment Group, LLC | 12/13/2021 | 4,528.89 | Electronified CBEST BUY PMT CHECK PYMT 211213 2888 |
| 2nd Chance Investment Group, LLC | 4/4/2022 | 7,500.00 | Preauth Debit BEST BUY PAYMENT 220404 |
| | **Total** | **45,161.80** | |

# EXHIBIT 3

# EXHIBIT 3

**In Re: 2nd Chance Investment Group, LLC**
**Case Number: 8:22-bk-12142-SC**
**Transactions related to Ford Motor Credit**
Source: East West Bank Statements account xx4577
Date Range: December 22, 2018 to December 21, 2022

| Account Name | Transaction Date | Check Number | Amount | Bank Statement Description |
|---|---|---|---|---|
| 2nd Chance Investment Group, LLC | 1/15/2019 | 1121 | 1,100.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 2/12/2019 | 1112 | 1,100.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 3/18/2019 | | 1,036.67 | Debit FORD CREDIT AUTO PYMT 190316 |
| 2nd Chance Investment Group, LLC | 4/15/2019 | 971 | 1,100.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 4/19/2019 | 1269 | 1,100.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 5/10/2019 | 1019 | 1,147.61 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 7/12/2019 | 1481 | 1,100.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 8/9/2019 | 984 | 1,093.67 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 10/16/2019 | | 1,097.89 | Preaut Debit FORD CREDIT AUTO PYMT 191016 |
| 2nd Chance Investment Group, LLC | 11/21/2019 | 1585 | 1,300.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 12/12/2019 | 1596 | 1,200.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 1/22/2020 | 1341 | 1,000.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 2/11/2020 | 1547 | 2,046.51 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 3/10/2020 | 781 | 97.89 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 4/14/2020 | 1966 | 1,097.89 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 5/18/2020 | 1975 | 1,097.89 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 6/16/2020 | 1671 | 1,097.89 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 7/13/2020 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 200713 |
| 2nd Chance Investment Group, LLC | 8/31/2020 | | 2,250.67 | Preauth Debit FORD MOTOR CR FORDCREDIT 200831 |
| 2nd Chance Investment Group, LLC | 10/20/2020 | | 2,250.67 | Preauth Debit FORD MOTOR CR FORDCREDIT 201020 |
| 2nd Chance Investment Group, LLC | 12/22/2020 | 2166 | 1,152.78 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 12/18/2020 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 201218 |
| 2nd Chance Investment Group, LLC | 2/12/2021 | | 1,043.00 | Preauth Debit FORD MOTOR CR FORDCREDIT 210212 |
| 2nd Chance Investment Group, LLC | 3/8/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 210308 |
| 2nd Chance Investment Group, LLC | 4/19/2021 | 2241 | 1,097.89 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 4/19/2021 | | 2,250.67 | Preauth Debit FORD MOTOR CR FORDCREDIT 210419 |
| 2nd Chance Investment Group, LLC | 7/2/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 210702 |
| 2nd Chance Investment Group, LLC | 8/23/2021 | 1121 | 850.00 | Ford Motor Credit |
| 2nd Chance Investment Group, LLC | 8/10/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 210810 |
| 2nd Chance Investment Group, LLC | 9/14/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 210914 |
| 2nd Chance Investment Group, LLC | 10/5/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 211005 |
| 2nd Chance Investment Group, LLC | 11/3/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 211103 |
| 2nd Chance Investment Group, LLC | 12/3/2021 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 211203 |
| 2nd Chance Investment Group, LLC | 1/12/2022 | | 2,195.78 | Preauth Debit FORD MOTOR CR FORDCREDIT 220112 |
| 2nd Chance Investment Group, LLC | 3/3/2022 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 220303 |
| 2nd Chance Investment Group, LLC | 4/4/2022 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 220404 |
| 2nd Chance Investment Group, LLC | 5/11/2022 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 220511 |
| 2nd Chance Investment Group, LLC | 6/3/2022 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 220603 |
| 2nd Chance Investment Group, LLC | 7/1/2022 | | 1,097.89 | Preauth Debit FORD MOTORCR FORDCREDIT 220701 |
| 2nd Chance Investment Group, LLC | 8/8/2022 | | 1,097.89 | Preauth Debit FORD MOTOR CR FORDCREDIT 220808 |
| 2nd Chance Investment Group, LLC | 10/3/2022 | | 1,097.89 | Preauth Debit FORD MOTORCRFORDCREDIT 221003 |
| | | Total | 49,471.61 | |

EXHIBIT 3    Page 1 of 1